IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROSENBLOOD INVESTMENT GROUP, LLC, | § § § | No. 388, 2015 |
| Plaintiff-Below, Appellant, | § § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 10772 |
| SKBIC ACQUISITION CORP., and HF ACQUISITION CO. LLC, | § § § | |
| Defendants-Below, Appellees. | § § | |

Submitted: January 20, 2016
Decided: January 22, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 22nd day of January, 2016, having considered this matter on the briefs filed by the parties, the Court has concluded that the final judgment of the Court of Chancery should be affirmed for the reasons stated in its June 23, 2015 bench ruling.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED and the motion to supplement the record is DENIED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice